# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-609

_____

REGINALD BROWN,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

July 8, 2019

PER CURIAM.

   AFFIRMED.

LEWIS, WETHERELL, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Reginald Brown, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.